UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------

United States of America, Plaintiff          Case No:   1:07-cr-213-03

v.                                           HONORABLE PAUL L. MALONEY

Anthony L. Lloyd, Defendant

_____/


ORDER DENYING DEFENDANT LLOYD'S MOTION
FOR RELEASE ON BOND PENDING SENTENCE

Defendant Lloyd has filed a Motion for Release on Bond Pending Sentence. He has been convicted by a jury of Conspiracy to Distribute Marijuana, a five-year maximum offense. 21 U.S.C. § 841 (b)(1)(D). Sentencing is scheduled for August 11, 2008.

Mid-trial this Court revoked Defendant Lloyd's authorized bond for unauthorized dissemination of a Grand Jury transcript. The circumstances surrounding that violation are set forth in an evidentiary hearing held on April 29, 2008. While no contempt proceedings were initiated against Mr. Lloyd, the record establishes same. Accordingly, bond was revoked pursuant to 18 U.S.C. 3148(a).

Defendant must establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community, if released. See 18 U.S.C. 3143 (a). The Court finds he has not done so.

First, defendant, in all likelihood faces a significant prison term for his offense. The trial record amply demonstrates that defendant has criminal ties to others outside the state of Michigan, Indiana and Illinois. The potential of flight under these circumstances is significant.

Second, given the benefit of the doubt concerning his specific actions (as opposed to his girlfriend, Jessica Allen), defendant Lloyd exercised very poor judgment in causing contact with Tommy Ellis' wife, even if only to drive by her home during the trial, or shortly before. A reasonable person in Ms. Ellis' shoes could very easily interpret the confluence of all the circumstances to constitute a threat. The Court has no confidence that Mr. Lloyd will abide by any conditions of bond established by the Court.

Accordingly, defendant's Motion for Release on Bond is DENIED.


DATED:  June 5, 2008                         s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge